# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., AND LG ELECTRONICS ALABAMA, INC.,<br><br>　　Defendants. | CIVIL ACTION NO. 4:18-cv-673-ALM<br><br><br><br>JURY TRIAL DEMANDED |

## AMERICAN PATENTS' NOTICE OF DISCOVERY DISCLOSURES

Plaintiff American Patents LLC hereby notifies the Court that it has complied with the Court's April 4, 2019 Scheduling Order by serving its Preliminary Infringement Contentions and Patent Local Rule 3-1 and 3-2 disclosures on counsel for Defendants via electronic mail on April 19, 2019.

Dated: April 22, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Zachariah S. Harrington*

　　　　　　　　　　　　　　　　　　　　Zachariah S. Harrington
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24057886
　　　　　　　　　　　　　　　　　　　　zac@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Matthew J. Antonelli
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24068432
　　　　　　　　　　　　　　　　　　　　matt@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Larry D. Thompson, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24051428
　　　　　　　　　　　　　　　　　　　　larry@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Christopher Ryan Pinckney
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067819
　　　　　　　　　　　　　　　　　　　　ryan@ahtlawfirm.com
　　　　　　　　　　　　　　　　　　　　Michael D. Ellis
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24081586

michael@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*